```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Debra M. Douglas

    v.

Allegiant Air, LLC                     Case No. 18-cv-1064-JL

<u>JUDGMENT</u>

In accordance with Orders by Judge Joseph N. Laplante dated October 1, 2019 and November 7, 2019, judgment is hereby entered.

By the Court:

_____
Daniel J. Lynch
Clerk of Court

Date: December 9, 2019

cc: Counsel of Record